**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT MOLLENTZE**                                                 **PLAINTIFF**

**VS.**                                                **NO.: 3:22CV240-MPM-RP**

**ROBINSON PROPERTY GROUP, LLC d/b/a
HORSESHOE CASINO and FULL SERVICE
SYSTEMS CORPORATION d/b/a
THE SERVICE COMPANIES**                                        **DEFENDANTS**

**AGREED ORDER FOR TIME TO RESPOND TO
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**UPON MOTION** of the Plaintiff for an extension of time to Respond to the Defendants' Motion for Summary Judgment and to Reply to Defendants' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment, and with the agreement of the Defendants, IT IS HEREBY ORDERED as follows:

1. The Plaintiff's motion for an extension of time to respond to the Defendants' motion for summary judgment is hereby granted.

2. The Plaintiff's motion for an extension of time to reply to the Defendants' response in opposition to Plaintiff's motion for partial summary judgment is hereby granted.

3. The Plaintiff shall have an additional 10 days from the date this Response and Reply were originally due to file and serve his Response to the Defendants' motion for summary judgment and his Reply to Defendants' response in opposition to Plaintiff's motion for partial summary judgment. The new deadline for filing the Response shall be September 1, 2023. The new deadline for filing the Reply shall be August 18, 2023.

**SO ORDERED AND ADJUDGED** this the 8th day of August, 2023.

                                                     /s/ Michael P. Mills
                                                     **UNITED STATES DISTRICT JUDGE
                                                     NORTHERN DISTRICT OF MISSISSIPPI**

*Submitted by:*

*/s/Roderick D. Ward III*
Roderick D. Ward III, MSB # 6953
WARD LAW, LLC
221 Sunnybrook Road, Suite A
Ridgeland, MS 39157
Email: rod@rodwardlaw.com
    *Attorney for Plaintiff*

*Agreed by:*

*/s/Cable M. Frost*
*Michael J. Stirgus*
Lewis, Brisbois, Bisgaard & Smith, LLP
Renaissance at Colony Park
1020 Highland Colony Parkway; Suite 310
Ridgeland, MS 39157
Email: cable.frost@lewisbrisbois.com
Email Michael.stirgus@lewisbrisbois.com
    *Attorneys for Defendant Full Service Systems Corporation*

*/s/Goodloe T. Lewis*
HICKMAN, GOZA & SPRAGINS PLLC
1305 MADISON AVENUE
Oxford, MS 38655
Email: glewis@hickmanlaw.com
    *Attorney for Defendant Robinson Property Group, LLC*